IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01181-WYD-PAC

WASHINGTON MUTUAL BANK, FA,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
WAYNE E. VADEN, AS PUBLIC TRUSTEE OF THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the Stipulation for Order of Dismissal (filed October 16, 2006).  The Stipulation seeks a dismissal of the case with prejudice.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

    ORDERED that the Stipulation for Order of Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

    Dated:  October 19, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge